UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                            CASE NO. 07 B 07981
   TRACEY IVY
                                                  CHAPTER 13

                                                  JUDGE: BRUCE W BLACK

       Debtor
   SSN XXX-XX-7232

---

                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 05/02/07 .

   2.  The case was dismissed without confirmation, 12/07/2007.

   3.  The Debtor paid a total of $   1250.00 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| DEUTSCHE BANK NATIONAL T | CURRENT MORTG | .00 | .00 | .00 |
| DEUTSCHE BANK NATIONAL T | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| DEUTSCHE BANK NATIONAL T | SECURED | .00 | .00 | .00 |
| DEUTSCHE BANK NATIONAL T | MORTGAGE ARRE | .00 | .00 | .00 |
| STERLING JEWELERS | SECURED | NOT FILED | .00 | .00 |

        Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, ROBERT V SCHALLER              , was allowed $   2250.00
and was paid $   1995.00   direct and $    255.00   through the plan.

The Trustee received $     15.70 .

Refunds to the Debtor totaled $    979.30 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

   Dated: 09/10/08                  /S/
                                GLENN STEARNS

CHAPTER 13 TRUSTEE

PAGE  2
CASE NO. 07 B 07981 TRACEY IVY